199 So.2d 915

Kenneth HENLEY

v.

Wingate WHITE, Acting Warden, Louisiana State Penitentiary et al.

No. 48747.

June 5, 1967.

In re: Kenneth Henley applying for writ of habeas corpus.

Writs refused. The application is insufficient to justify our granting of the relief sought.

199 So.2d 915

Edgar W. BOOTH et ux.

v.

FIREMAN'S FUND INSURANCE COMPANY.

No. 48707.

June 5, 1967.

In re: Fireman's Fund Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 197 So.2d 352.

Writ refused. The judgment is not final.